# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00620-CR

**Derrick Dupree, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. 0975579, HONORABLE BOB PERKINS, JUDGE PRESIDING

**PER CURIAM**

On September 1, 2000, Derrick Dupree perfected this appeal from an order revoking community supervision. On October 17, 2000, appellant waived his appeal in writing after being admonished by the trial court.

The appeal is dismissed.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed

Filed: February 15, 2001

Do Not Publish